No. 93–9444.  IN RE GAYDOS;

No. 93–9577.  GAYDOS *v.* CHERTOFF, FORMER UNITED STATES ATTORNEY, ET AL.  C. A. 3d Cir.;

No. 93–9618.  IN RE GAYDOS;

No. 94–5018.  IN RE GAYDOS; and

No. 94–5070.  IN RE GAYDOS.  Motions of petitioner for leave to proceed *in forma pauperis* denied.  See this Court's Rule 39.8. Petitioner is allowed until November 1, 1994, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

No. 94–294.  IN RE DUNKIN ET AL.  Petition for writ of mandamus and/or prohibition denied.

No. 93–1341.  WEST PENN POWER CO. ET AL. *v.* PENNSYLVANIA PUBLIC UTILITY COMMISSION ET AL.  Sup. Ct. Pa.  Certiorari denied.

No. 93–1535.  WEST PENN POWER CO. ET AL. *v.* PENNSYLVANIA PUBLIC UTILITY COMMISSION ET AL.  Commw. Ct. Pa.  Certiorari denied.

No. 93–1687.  TEXAS *v.* BRADFORD.  Ct. Crim. App. Tex.  Certiorari denied.

No. 93–1758.  GIDDENS *v.* SHELL OIL CO. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 93–1975.  KING *v.* BROWN, SUPERINTENDENT, CLALLAM BAY CORRECTIONS CENTER.  C. A. 9th Cir.  Certiorari denied.

No. 93–2013.  CITY OF SAN DIEGO *v.* PAULSON ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 93–2030.  DURDEN, ADMINISTRATRIX OF THE ESTATE OF FREEMAN, DECEASED *v.* DEKALB COUNTY, GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 93–2042.  MICHIGAN ET AL. *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.